# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| RHONDA STONE, | * |
| Plaintiff, | * |
| v. | *    No. 3:22-cv-00306-JJV |
| KILOLO KIJAKAZI,<br>Acting Commissioner of the<br>Social Security Administration, | * |
| Defendant. | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 20th day of June 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE